**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| MOBILITY WORKX, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>DISH WIRELESS, LLC D/B/A BOOST MOBILE,<br><br>*Defendant*. | Case No. 4:24-CV-01064-ALM<br><br>**JURY TRIAL DEMANDED** |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Mobility Workx, LLC, and Defendant DISH Wireless, LLC, announced to the Court that they have settled the claims for relief asserted in this case. Before the Court is the parties' Agreed Motion to Dismiss with Prejudice. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims are dismissed with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

**IT IS SO ORDERED.**

**SIGNED this 7th day of July, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE